First Department. January 22, 1909.) Action by George E. Farewell against Frank B. Robinson. D. McCurdy, for appellant. G. E. Joseph, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FEDDE, Respondent, v. CLINTON POINT STONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Gabriel Fedde against the *Clinton Point Stone Company.* No opinion. Judgment of the Municipal Court affirmed, with costs.

FEINHOLD, Appellant, v. McDERMOTT et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Charles J. Feinhold against Patrick T. McDermott and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

FEINHOLD, Appellant, v. McDERMOTT et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Charles J. Feinhold against Patrick T. McDermott and another. No opinion. Motion to resettle order granted, without costs.

FERGUSON, Respondent, v. VILLAGE OF WAVERLY, Appellant. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by Willard W. Ferguson, Jr., an infant, by Frank Maytham, his guardian ad litem, against the village of Waverly. No opinion. Motion denied. See, also, 112 N. Y. Supp. 891.

FISH v. HAHN. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by John J. Fish against Henrietta Hahn. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 56 Misc. Rep. 449, 107 N. Y. Supp. 274, 124 App. Div. 173, 108 N. Y. Supp. 782.

FISHBONE v. DEHNON McLEAN CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Mayer Fishbone against the Dehnon McLean Company. No opinion. Motion granted, with $10 costs. Order filed.

FITCH, Respondent, v. BOLDEN, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Thomas Fitch against Delia Bolden, as executrix of the last will and testament of David Jamission, deceased. No opinion. Judgment unanimously affirmed, with costs against the defendant. Order unanimously affirmed, with $10 costs and disbursements against the plaintiff.

In re FITZGERALD. (Supreme Court, Appellate Division, First Department. December 24, 1908.) In the matter of Robert J. Fitzgerald. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FLEISCHMAN v. MENGIS. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Samuel Fleischman against Morris Mengis. No opinion. Stay vacated, with $10 costs. Order signed.

FLOYD-JONES v. SCHAAN. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Edward P. Floyd-Jones against Esther Schaan. No opinion. Motion granted. Order filed.

FOLEY, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by Kathryne T. Foley against the Prudential Insurance Company of America. No opinion. Order affirmed, with $10 costs and disbursements.

FOLEY & CO., Respondent, v. SAUL, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Foley & Co. against Joseph Saul. No opinion. Judgment of the County Court of Nassau county affirmed, with costs.

FOX, Appellant, v. BURNHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by William B. Fox, Jr., against Manly A. Burnham and another. No opinion. Judgment of the Municipal Court modified, by striking out the words "on the merits," and, as so modified, affirmed, with costs.

FREDERICK W. ROWE & CO., Inc., Respondent, v. HALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Frederick W. Rowe & Co., Incorporated, against Julia H. Hall and others. No opinion. Appeal dismissed, without costs.

FRICANO, Respondent, v. COLUMBIA NAT. BANK OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Mariano Fricano against the Columbia National Bank of Buffalo. No opinion. Judgment and order affirmed, with costs. See, also, 118 App. Div. 567, 103 N. Y. Supp. 189.

FRIEDMAN, Respondent, v. DANZIGER et al., Appellants. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Samuel Friedman against Virginia Danziger and another. C. C. Peters, for appellants. J. Sapinsky, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FROELICH, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by John Froelich against the City of New York and another. J. Deyo, for appellant. T. Connoly and J. H. Mulcahey, for respondents.

PER CURIAM. Judgment unanimously affirmed as to the city, and as to defendant Brad-